UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE UNDERWOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. GENTRY, et al.,<br><br>　　　　Defendants.<br>_____ | 1:06-CV-0009 OWW NEW (DLB) PC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #13) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 26, 2007, plaintiff filed a motion to extend time to file a first amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to his first amended complaint.

IT IS SO ORDERED.

Dated: **April 18, 2007**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE