UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE UNDERWOOD,<br><br>        Plaintiff,<br><br>vs.<br><br>J. GENTRY, et al.,<br><br>        Defendants.<br>_____/ | 1:06-cv-00009 OWW NEW (DLB) P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 15)<br><br>**ORDER DISMISSING COMPLAINT/ ACTION** |

    Plaintiff, Andre Underwood ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 25, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On July 27, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1 | In accordance with the provisions of 28 U.S.C.
2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 | de novo review of this case. Having carefully reviewed the
4 | entire file, the Court finds the Findings and Recommendations to
5 | be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 25, 2007, 2007, are ADOPTED IN FULL; and,

2. The Complaint, and therefore this action, is DISMISSED, pursuant to Local Rule 11-110, and for plaintiff's failure to obey the court's order of February 20, 2007.

IT IS SO ORDERED.

**Dated:   August 30, 2007**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE